Mr. John Jude O'Donnell, Asst. U. S. Atty., with whom Mr. Oliver Gasch, U. S. Atty., and Mr. Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

Before PRETTYMAN, Chief Judge, and WILBUR K. MILLER and BAZELON, Circuit Judges.

PER CURIAM.

The District Court, sitting without a jury, found the appellant guilty of sodomy.[1] Motions for acquittal and for a new trial were denied, and the appellant was sentenced to a term of six months to three years. On this appeal he makes several claims as to the sufficiency of the evidence presented by the Government. We have examined both the record and the briefs and find no error affecting substantial rights of the accused.

Affirmed.

Atty., and Mr. Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

Before PRETTYMAN, Chief Judge, and BASTIAN and BURGER, Circuit Judges.

PER CURIAM.

Appellant was indicted on two counts of housebreaking and larceny. He was tried before a jury, convicted as charged, and sentenced. On this appeal he raises questions concerning the instructions given the jury by the trial judge. No objections to the now-disputed instructions were made in the trial court. We have examined the record and considered the briefs, and we find no error requiring reversal.

Affirmed.

---

**Dennis SURRATT, Appellant**

v.

**UNITED STATES of America, Appellee.**

**No. 15864.**

United States Court of Appeals District of Columbia Circuit.

Argued Oct. 3, 1960.

Decided Oct. 13, 1960.

See also 106 U.S.App.D.C. 49, 269 F.2d 240.

Mr. John W. Douglas, Washington, D. C., (appointed by this court) for appellant.

Mr. Nathan J. Paulson, Asst. U. S. Atty., with whom Mr. Oliver Gasch, U. S.

---

**Lloyd SMITH, Appellant**

v.

**UNITED STATES of America, Appellee.**

**No. 15690.**

United States Court of Appeals District of Columbia Circuit.

Argued Oct. 3, 1960.

Decided Oct. 13, 1960.

Mr. Marcus Cohn, Washington, D. C., with whom Mr. Roy F. Perkins, Jr., Dallas, Tex. (both appointed by this court) was on the brief, for appellant.

Mr. Frank Q. Nebeker, Asst. U. S. Atty., with whom Mr. Oliver Gasch, U. S. Atty., and Mr. Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

---

[1]. 62 Stat. 347 (1948), D.C.Code § 22-3502 (1951).